Otto ZALABAK, Bankrupt, Appellant, v.
BELL–WAYLAND CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
February 12, 1929.

No. 8414.

W. F. McLaury and H. B. Hopps, both of Oklahoma City, Okl., for appellant.

Harry C. Brownlee, of Kingfisher, Okl., and Harry W. Priest, of Oklahoma City, Okl., for appellee.

PER CURIAM. Appeal dismissed with prejudice, on motion of appellant, without costs to either party in this court.